IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.: 24-21251-GLT |
| | : | |
| 246 Washington Road, LLC, | : | Chapter 7 |
| Debtors | : | |
| | : | |
| Eric E. Bononi, Trustee for the Bankruptcy Estate | : | Document No.: _____ |
| of 246 Washington Road, LLC, | : | |
| | : | Hearing Date and Time: Thursday, December 18, |
| | | 2025 at 10:00AM |
| Movant | : | |
| v. | : | |
| 246 Washington Road, LLC, | : | |
| Respondents | : | |

**APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES**

1. Applicant was appointed trustee of this bankruptcy estate on 2/11/2025.

2. Applicant has performed all duties of the trustee as prescribed by Section 704 of the Bankruptcy Code.

3. Applicant requests compensation in the amount of $10,041.41 for such services performed in accordance with Section 704 of the Bankruptcy Code.

4. Applicant certifies that the amount requested is not in excess of the limitations prescribed by Section 326 of the Bankruptcy Code.

5. Applicant requests reimbursement in the amount of $0.00 for actual and necessary expenses incurred during the administration of this bankruptcy estate.

6. COMPUTATION OF COMPENSATION

Total disbursement to parties in interest, EXCLUDING DISBURSEMENT TO THE DEBTOR, are $135,828.28. Pursuant to Section 326 of the Bankruptcy Code, compensation is computed as follows:

Percentages Used for Cases Filed after 10/23/94:

| | | | | |
|---|---|---|---|---|
| 25% on 1st | $ 5,000 | = | $ | 1,250.00 |
| 10% on next | $ 45,000 | = | $ | 4,500.00 |
| 5% on next | $ 950,000 | = | $ | 4,291.41 |
| 3% on balance over | $ 1,000,000 | = | $ | 0.00 |
| | | | | |
| Total Compensation | | = | $ | 10,041.41 |

7.   TRUSTEE EXPENSES ITEMIZATION

| Description of Expense | Amount of Expense |
|---|---|
| Bond Premium | $ 0.00 |
| Travel | $ 0.00 |
| Copies | $ 0.00 |
| Postage | $ 0.00 |
| Telephone | $ 0.00 |
| Clerical | $ 0.00 |
| Paralegal | $ 0.00 |
| Supplies | $ 0.00 |
| Distribution Expenses | $ 0.00 |
| Professional Expenses | $ 0.00 |
| Other | $ 0.00 |

WHEREFORE, Applicant requests approval of the payment of compensation in the amount of $10,041.41 and reimbursement of expenses in the amount of $0.00.


Dated: 11/20/2025                                    /s/ Eric E. Bononi
                                                     Eric E. Bononi
                                                     Trustee